*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 11, 2015                    519971
_____

BENJAMIN SUTCH,

                    Appellant,

        v

DEBERA C. SUTCH-LENZ, Also
    Known as DEBERA C. SUTCH,
    et al.,                                MEMORANDUM AND ORDER

                    Defendants,

        and

DEAN M. COON, as Guardian ad
    Litem of BENJAMIN SUTCH,
    an Infant,

                    Respondent.
_____

Calendar Date:   April 30, 2015

Before:   Lahtinen, J.P., Garry, Egan Jr. and Rose, JJ.

                    _____

        Towne, Ryan & Partners, PC, Albany (Dana K. Scalere of
counsel), for appellant.

        Smith, Sovick, Kendrick & Sugnet, PC, Syracuse (Brady J.
O'Malley of counsel), for respondent.

                    _____

Egan Jr., J.

        Appeal from an order of the Supreme Court (Nolan Jr., J.),
entered July 2, 2014 in Saratoga County, which, among other
things, granted defendant Dean M. Coon's motion for summary
judgment dismissing the complaint against him.

        The underlying facts are fully set forth in our prior
decision involving a virtually identical appeal brought by

plaintiff's sister, Jessica Sutch, wherein this Court affirmed Supreme Court's order granting a motion by defendant Dean M. Coon (hereinafter defendant) for summary judgment dismissing the complaint against him (Sutch v Sutch-Lenz, ___ AD3d ___, 2015 NY Slip Op 04693 [2015]).  Upon reviewing the record on appeal in this case, we find that the allegations of legal malpractice and breach of fiduciary duty asserted against defendant, as well as the arguments raised by plaintiff on the present appeal, mirror those raised by plaintiff's sister on her prior appeal — as does the evidence tendered in support of defendant's motion for summary judgment dismissing plaintiff's complaint and the proof submitted by plaintiff in opposition thereto.  Accordingly, as plaintiff's arguments and proof relative to defendant's representation of him are indistinguishable from those previously raised by his sister, we affirm for the reasons set forth in our prior decision (id.).

Lahtinen, J.P., Garry and Rose, JJ., concur.

ORDERED that the order is affirmed, with costs.

ENTER:

Robert D. Mayberger
Clerk of the Court